# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

States of Louisiana, Arizona, Alabama, Arkansas, Kentucky, Missouri, Montana, Oklahoma, South Carolina, Tennessee, Texas, and Utah,

*Petitioners,*

v.

United States Department of Energy and Jennifer Granholm, Secretary of Energy,

*Respondents.*

Case No. 22-60146

---

## Declaration of Jonathan R. Vining

I, Jonathan R. Vining, hereby declare as follows:

1. I am General Counsel for the Louisiana Department of Public Safety and Corrections. I have held this position for five (5) years. My responsibilities include providing legal advice and representation to Secretary James M. Le Blanc and all departments, divisions, and state prisons within the Department of Corrections—including procurement at both DOC Headquarters and throughout the state prison system. Prior to my current position, I was a staff attorney for the Department of Corrections for eleven (11) years whereby I provided legal advice and representation to Louisiana State Penitentiary, Dixon Correctional Institute, and David Wade

Correctional Center.

2. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

3. In my position, I provide legal advice and representation for the Department of Corrections, and that includes procurement for the Louisiana state prison system which consists of eight (8) state correctional facilities housing approximately 15,000 prisoners.

4. These facilities require and utilize dishwashers, washers, and dryers. The State purchases these appliances. I know this because I have personally provided legal advice and representation to the procurement section regarding the acquisition and purchase of dishwashers, washers, and dryers.

5. Dishwashers, washers, and dryers are a necessary component to providing constitutionally-sufficient housing conditions to a prison population. Dishes, kitchen utensils, clothes, towels, and linens must be cleaned on an industrial-sized scale in a prison system, and this would not be possible without dishwashers, washers, and dryers.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Executed this 22nd day of June, 2022 in Baton Rouge, Louisiana.

Jonathan R. Vining



OFFICIAL SEAL
ROBERT R. ROCHESTER, JR.
NOTARY ID # 30292
STATE OF LOUISIANA
PARISH OF EBR
My Commission is for Life

**Declaration of Katherine Goldcamp**

I, Katherine Goldcamp, declare as follows:

1. I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge and records created in the normal course of business and available to me in my position in public service.

2. I am employed as Business Operations Administrator in the Arizona Department of Economic Security ("DES"), Division of Developmental Disabilities ("DDD").

3. DDD operates Group Homes for qualifying individuals with developmental disabilities.

4. Of these Group Homes, six are leased by DES and seven are state-owned.

5. These Group Homes utilize consumer appliances including dishwashers, clothes washers, and clothes dryers, among other types.

6. DDD plans to replace appliances in its Group Homes that have been rendered inoperable through any of a number of reasons including regular wear, age, faulty components, or damage by DDD staff or clients.

7. DDD does not intend to retrofit leased Group Homes to accommodate commercial-grade appliances and thus seeks to replace these appliances with other consumer appliances.

8. DES is responsible for the replacement of all appliances in its state-owned Group Homes.

9. DES is responsible for the replacement of all appliances in its leased Group Homes where the appliances has been damaged or rendered non-functioning due to negligence or destruction by DDD staff or clients.

10. DES is responsible for the replacement of appliances in three of its six leased Group Homes even where the appliance was rendered non-functioning without negligence or destruction by DDD staff or Clients.

11. Attached as Exhibit KG-1 is a spreadsheet detailing the appliance replacement responsibility for the thirteen DDD-operated Group Homes.

Executed this 5th day of July, 2022, in Phoenix, Arizona.

_____
Katherine Goldcamp
Business Operations Administrator
Division of Developmental Disabilities
Arizona Department of Economic Security

|  |  |  | Total |
|---|---|---|---|
|  | State Owned Group Home |  | 7 |
|  | Leased Group Home |  | 6 |
| DE Number | City | Lease Expiration | Appliance Replacement Responsibility per Lease (unless Damaged) |
| DE170 | PHOENIX | 3/31/2024 | Lessor |
| DE173 | PHOENIX | NA | DES |
| DE174 | PHOENIX | NA | DES |
| DE176 | PHOENIX | NA | DES |
| DE177 | PHOENIX | NA | DES |
| DE178 | PHOENIX | NA | DES |
| DE180 | PHOENIX | NA | DES |
| DE260 | TUCSON | 3/31/2023 | DES |
| DE262 | TUCSON | 1/31/2023 | DES |
| DE278 | TUCSON | 6/30/2023 | DES |
| DE356 | FLAGSTAFF | NA | DES |
| DE483 | YUMA | 1/31/2024 | Lessor |
| DE554 | GLOBE | 4/30/2024 | Lessor |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

States of Louisiana, Arizona, Alabama, Arkansas, Kentucky, Missouri, Montana, Oklahoma, South Carolina, Tennessee, Texas, and Utah,

*Petitioners,*

v.

United States Department of Energy and Jennifer Granholm, Secretary of Energy,

*Respondents.*

Case No. 22-60146

---

Declaration of Hampton P. S. Lea, CEO Eastern Louisiana Mental Health System

---

I, Hampton P. S. Lea, hereby declare as follows:

1. I am the CEO of Eastern Louisiana Mental Health System. I have held this position for nine years. My responsibilities include the overall management and oversight of the system, including the appointing authority role. Prior to my current position, I was the assistant CEO for three years. In that role, I provided support and assistance to the CEO in the overall management of the system.

2. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

3. In my position, I oversee the Eastern Louisiana Mental Health System,

which includes two inpatient hospital facilities (Feliciana Forensic Facility, East Louisiana State Hospital) and two residential group home programs (Secure Forensic Facility, and Community Group Home Division), which have dishwashers, washers, and dryers.

4. These facilities require and utilize dishwashers, washers, and dryers. The State purchases these appliances. I know this because as the appointing authority for the system, I approve purchases of these items.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Executed this 21st day of June, 2022 in Jackson, Louisiana.

Hampton P.S. Lea, CEO

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| States of Louisiana, Arizona, Alabama, Arkansas, Kentucky, Missouri, Montana, Oklahoma, South Carolina, Tennessee, Texas, and Utah,<br><br>*Petitioners,*<br><br>v.<br><br>United States Department of Energy and Jennifer Granholm, Secretary of Energy,<br><br>*Respondents.* | Case No. 22-60146 |

### Declaration of John Patrick Eckler

I, John Patrick Eckler, hereby declare as follows:

1. I am Chief Executive Officer. I have held this position for 4 years. My responsibilities include the general Administration of a State Owned Nursing Home. Prior to my current position, I was Chief Operating Officer for 4 years. In those roles, I was responsible for the general administration of several Long Term Acute Care Facilities.

2. I am over 18 years of age, competent to testify in this case, and have personal knowledge of the matters discussed in this declaration.

3. In my position, I oversee Villa Feliciana Medical Complex.

4. These facilities require and utilize dishwashers, washers, and dryers. The State purchases these appliances. I know this because I am responsible for the daily living activities of over 150 residents of this state owned Nursing Home, these responsibilities consist of laundry needs which require the use of several washer and dryer machines. Additionally, the facility is responsible for providing dietary services, several dish washers are used for this service.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Executed this 20th day of June, 2022 in Jackson, East Feliciana Parish, Louisiana.

John Patrick Eckler