## **Supplemental Declaration of Katherine Goldcamp**

I, Elizabeth Farber, declare as follows:

1. I am competent to testify as to the matters contained herein and make this declaration based on my own personal and professional knowledge and records created in the normal course of business and available to me in my position in public service.

2. I am employed as Purchasing & Operations Administrator in the Arizona Department of Economic Security ("DES"), Division of Developmental Disabilities ("DDD").

3. DDD operates Group Homes for qualifying individuals with developmental disabilities, and in the course of that operation is responsible for and plans to engage in the purchase and replacement of consumer appliances including dishwashers, clothes washers, and clothes dryers, among other types, in those group homes.

4. Appliances including dishwashers, clothes washers, and clothes dryers with faster normal cycle completion times, while maintaining cleaning and drying effectiveness, are desirable in the Group Home setting because shorter completions time for normal dishwashing and clothes washing/drying cycles are useful features. Such features would allow staff to complete more cycles of laundry/dishes in the same amount of working time. In particular, dishwashers that complete a normal cycle in one hour or less, and washing machines that can complete cycles in under 40 minutes, would provide very useful features to DDD staff.

5. If such short-cycle consumer appliances become available on the market, DDD would be inclined to purchase them, presuming they are otherwise comparable to machines currently on the market.

6.	Because of the value of the shorter cycles, DDD would even consider paying more for appliances that with shorter cycles. Similarly, if the characteristics of two appliances were otherwise identical, but one had a faster cycle time, the DDD would purchase the faster-cycle product every time.

7.	If such short-cycle products became available on the market, and they did not have substantial offsetting factors (such as materially higher costs or substantially less capacity), DDD expects that it would elect to purchase short-cycle products regularly. Executed this 26th day of October, 2022, in Tucson, Arizona.

/s/ *Elizabeth Farber*

Elizabeth Farber
Purchasing & Operations Administrator
Division of Developmental Disabilities
Arizona Department of Economic Security