United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 8, 2024
Lyle W. Cayce
Clerk

No. 22-60146

_____

State of Louisiana; State of Alabama; State of Arkansas; State of Kentucky; State of Missouri; State of Montana; State of Oklahoma; State of South Carolina; State of Tennessee; State of Texas; State of Utah,

*Petitioners*,

*versus*

United States Department of Energy; Jennifer Granholm, *Secretary, U.S. Department of Energy*,

*Respondents*.

_____

On Petition for Review of an
Order of the Department of Energy
Agency No. EERE-2021-BT-STD-0002
87 Fed. Reg. 2673 (Jan. 19, 2022)

_____

Before Clement, Oldham, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of State of Louisiana; State of Alabama; State of Arkansas; State of Kentucky; State of Missouri; State of Montana; State of Oklahoma; State of South Carolina; State of Tennessee;

State of Texas; State of Utah for review of an order of the Department of Energy and was argued by counsel.

　　　　IT IS ORDERED and ADJUDGED that the petition for review is GRANTED. And the matter is REMANDED to the Department of Energy for further proceedings consistent with this opinion.